STATE OF NEW JERSEY v. JACOB WATERS.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES BROWN.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JOHNSON.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DEBRA ROGERS.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL HERBERT WIDDEFIELD.

March 21, 1989.

Petition for certification denied.